**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PRESTON MAGIYA,

                Petitioner,

         v.

DHS, et al.,

                Respondents.

Case No. 5:26-cv-00879-RGK-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately release petitioner Preston Magiya (A # 027-163-833) from immigration custody; (3) respondents shall return any confiscated property and documents to petitioner upon his release; and (4) respondents shall file a status report no later than 3 court days from the date of this Order regarding their compliance with this Order.

Dated: 7/7/2026

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE