**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PRESTON MAGIYA,

               Petitioner,

        v.

DHS, et al.,

               Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-00879-RGK-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: 7/7/2026

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE